**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000377
09-MAR-2021
09:51 AM
Dkt. 110 OGMD**

NO. CAAP-20-0000377

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

COUNTY OF MAUI, Plaintiff-Appellee, v.
RICK MARKHAM; NORTH SHORE MAUI, LLC, Defendants-Appellants,
JOHN DOES 1-10; JANE DOES 1-10; DOE COMPANIES 1-10;
DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;
AND/OR OTHER DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 17-1-0000384(2))

ORDER GRANTING MOTION TO DISMISS THE APPEAL
AS TO NORTH SHORE MAUI, LLC
(By:  Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of Defendant-Appellant North Shore Maui LLC's (**North Shore Maui**) January 14, 2021 Motion to Dismiss the Appeal as to North Shore Maui, LLC (**Motion**), the papers in support,[1] the record, and there being no opposition,

IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed as to North Shore Maui.

DATED:  Honolulu, Hawaiʻi, March 9, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge

---

[1]  North Shore Maui attached to the Motion a certified copy of an "Order Granting Motion for Authority to Dismiss the Appeal on Behalf of Debtor North Shore Maui LLC and Its Sole Member, Rick Markham," filed January 13, 2021, by the United States Bankruptcy Court, District of Hawaii.